

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FINNEY, | Case No. CV 10-6198 SVW (MRW) |
| Petitioner, | |
| vs. | ORDER SUMMARILY DISMISSING PETITION FOR WRIT OF HABEAS CORPUS DUE TO DEATH OF PETITIONER |
| DERRAL ADAMS, | |
| Respondent. | |

This is a state habeas case challenging a prison disciplinary action. On April 26, 2011, Respondent filed a notice with the court stating that Petitioner David Finney recently died. (Docket # 38.) The notice is supported by documentation from prison officials showing that Petitioner died of natural causes in March 2011 while in custody.

Because Petitioner died before the conclusion of the habeas proceedings, the action should be dismissed as moot. See Griffey v. Lindsay, 349 F.3d 1157 (9th Cir. 2003) (collecting cases).

IT IS ORDERED that the action be DISMISSED.

DATE: 4/28/11    _____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE


Presented by:

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE